**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-mail: julia.patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

JUN 2 1 2019

Clerk, U S District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-87-BLG-DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN** (Count I) |
| MICHAEL ARMANDO SANCHEZ, | Title 21 U.S.C. § 846 |
| Defendant. | (Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least five years supervised release) |
| | **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** (Counts II and III) Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| | (Penalty for heroin: Mandatory minimum |

1

| | |
|---|---|
| | **five years to 40 years imprisonment, $5,000,000 fine, and at least five years supervised release)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

That beginning in approximately March 2019, and continuing until in or about May 2019, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, MICHAEL ARMANDO SANCHEZ, knowingly conspired with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 100 grams or more of a substance containing a detectable amount of heroin, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That in approximately March 2019 at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendant, MICHAEL ARMANDO SANCHEZ, knowingly possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

COUNT III

That on or about May 29, 2019, at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendant, MICHAEL ARMANDO SANCHEZ, knowingly possessed, with the intent to distribute, 100 grams or more of a substance containing a detectable amount of heroin, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: USMS Custody
Bail: _____

3